AO 91 (Rev. 11/11) Criminal Complaint    Agent:    AUSA: Kathryn Boyles    Telephone: (313) 226-9100
                                                    Wayne Williams    Telephone: (866) 347-2463

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Israel DE LA CRUZ ALVARADO

Case No. 25-30201

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 28, 2092_____ in the county of _____Oakland_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Unlawful Reentry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Wayne Witt_
Complainant's signature

Wayne Williams, US Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 04/02/2025

_signature_
Judge's signature

City and state: Detroit, Michigan

Hon. Kimberly Altman, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Israel DE LA CRUZ-ALVARADO, which reveals the following:

2. Israel DE LA CRUZ-ALVARADO is a forty-two-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, and claims that he entered on or about May 2022 without being admitted, inspected, or paroled by an immigration officer.

3. On or about July 20, 2007, DE LA CRUZ-ALVARADO was arrested by United States Border Patrol in Otay Mesa, California and was granted a voluntary return to Mexico.

4. On or about November 2, 2007, DE LA CRUZ-ALVARADO was arrested by U.S. Immigration and Customs Enforcement near Oakland County, Michigan. He was processed for removal proceedings and issued a Notice to Appear.

5. On or about November 15, 2007, DE LA CRUZ-ALVARADO was ordered removed from the United States to Mexico by an immigration judge in Detroit, Michigan.

6. On or about December 11, 2007, DE LA CRUZ-ALVARADO was removed from the United States to Mexico through Laredo, Texas.

7. On or about February 20, 2019, DE LA CRUZ-ALVARADO was issued a warrant by the Rochester Hills Police Department for a traffic offense of failing to display a valid license.

8. On or about May 16, 2022, DE LA CRUZ-ALVARADO was arrested near Santa Teresa, New Mexico and was expelled from the United States to Mexico under Title 42.

9. Just one day later, on May 17, 2022, DE LA CRUZ-ALVARADO was again arrested in Santa Teresa, New Mexico and was expelled from the United States to Mexico under Title 42.

10. On or about March 28, 2025, DE LA CRUZ-ALVARADO was arrested by United States Border Patrol after a call for assistance from Waterford Police Department. DE LA CRUZ-ALVARADO was an occupant in a vehicle with two other Mexican nationals. One of the occupants was a minor. All of the occupants of the vehicle claimed to not have any valid immigration status.

11. During processing at the Detroit Border Patrol Station, DE LA CRUZ-ALVARADO said that he unlawfully entered the United States in May 2022 near El Paso, Texas. DE LA CRUZ-ALVARADO claimed he paid a smuggler $8,000 to jump over the border fence. Once in the United States, he stayed at a stash house in New Mexico for about 15 days, until he was picked up and driven to Michigan. DE LA CRUZ-ALVARADO said that he is single and has two children in Mexico who reside with their biological mother.

12. DE LA CRUZ-ALVARADO's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that DE LA CRUZ-ALVARADO is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that DE LA CRUZ-ALVARADO legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

13. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14. Review of the Alien File for DE LA CRUZ-ALVARADO and queries in Department of Homeland Security databases confirm no record exists of DE LA CRUZ-ALVARADO obtaining the express permission of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on December 11, 2007.

15. Based on the above information, I believe there is probable cause to conclude that Israel DE LA CRUZ-ALVARADO, is an alien who was found in the United States after removal, without first obtaining the express permission of the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.
_____
Honorable Kimberly Altman
United States Magistrate Judge

April 2, 2025